**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shaun Autaleon POSTON, a/k/a Shawn Autaleon Poston, Defendant–Appellant.**

**No. 12–7855.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 26, 2013.

Shaun Autaleon Poston, Appellant Pro Se. William A. Brafford, Assistant United States Attorney, Adam Christopher Morris, Craig Darren Randall, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Shaun Autaleon Poston appeals the district court's order denying his "Request for Hearing and/or Summary Judgment" and his "Motion to Recall Mandate in the Interest of Justice." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Poston,* No. 5:99–cr–00012–RLV–8 (W.D.N.C. Oct. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*